**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re | : | Bankr. No. 21-22477-GLT | |
| | : | | |
| George M. Graham, | : | Chapter 7 | |
| | : | | |
| | : | Document No. | |
| Debtor | : | Related to Document No. 8 | |
| | : | Hearing: | |
| | : | | |
| George M. Graham, | : | | |
| | : | | |
| Movant | : | | |
| | : | | |
| v. | : | | |
| | : | | |
| Woodforest National Bank, | : | | |
| | : | | |
| Respondent | : | | |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF CHAPTER 7 BANKRUPTCY CASE - NO PROOF OF CLAIM DEADLINE**

I hereby certify that I served or caused to be served on this 13th day of December, 2021, a true and correct copy of the Notice of Chapter 7 Bankruptcy Case - No Proof of Claim Deadline, via United States mail, first class, postage prepaid, upon:

Woodforest National Bank
P.O. Box 7889
The Woodlands, TX 77387

    Respectfully submitted,
    /s/ Dennis M. Sloan
    Dennis M. Sloan
    **Attorney for Debtor**
    SLOAN & ASSOCIATES, P.C.
    106 S. Main Street, Suite 305
    Butler, PA 16001
    (724) 284-9092
    sloanassoc@zoominternet.net