**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | George M. Graham<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7032<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21–22477–GLT | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George M. Graham
aka Mike Graham, aka George Graham Jr.

2/16/22

**By the court:**    Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
George M. Graham  
    Debtor

Case No. 21-22477-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 318 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George M. Graham, 211 Maplewood Road, West Sunbury, PA 16061-1509 |
| 15431670 | + | Aspire, PO Box 650832, Dallas, TX 75265-0832 |
| 15431671 | | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 15431673 | | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 15431676 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15431675 | | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 15431679 | | Citi Cards, PO Box 70272, Philadelphia, PA 19176-0272 |
| 15431686 | + | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 15431687 | | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15431694 | | Genesis FS Card Services, PO Box 5470, Carol Stream, IL 60197-5470 |
| 15431695 | | Home Depot, PO Box 650721, Dallas, TX 75265-0721 |
| 15431701 | | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 15431704 | | PHFA-HEMAP, PO Box 155530, Harrisburg, PA 17105 |
| 15431706 | + | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 15431707 | + | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15431708 | | Sunoco, Inc., PO Box 70608, Philadelphia, PA 19176-0608 |
| 15431715 | | Tractor Supply Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |
| 15431717 | + | USX Federal Credit Union, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15431716 | + | USX Federal Credit Union, 1293 Freedom Road, Cranberry Twp, PA 16066-4955 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Feb 17 2022 04:33:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Feb 17 2022 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2022 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 17 2022 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2022 23:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 17 2022 04:33:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 17 2022 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 21-22477-GLT   Doc 22   Filed 02/18/22   Entered 02/19/22 00:28:02   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 318 | Total Noticed: 57 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 15431669 | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 23:41:41 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15431672 | EDI: TSYS2 | Feb 17 2022 04:33:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 15431674 | + EDI: CITICORP.COM | Feb 17 2022 04:33:00 | Best Buy/CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15431677 | EDI: CAPITALONE.COM | Feb 17 2022 04:33:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15431678 | EDI: CAPITALONE.COM | Feb 17 2022 04:33:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 15431680 | EDI: CRFRSTNA.COM | Feb 17 2022 04:33:00 | Credit First N.A., PO Box 81344, Cleveland, OH 44188-0344 |
| 15431682 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 16 2022 23:29:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15431681 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 16 2022 23:29:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15431683 | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2022 23:41:42 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15431684 | Email/PDF: DellBKNotifications@resurgent.com | Feb 16 2022 23:41:48 | Dell Financial Services, PO Box 6403, Carol Stream, IL 60197 |
| 15431685 | + Email/PDF: DellBKNotifications@resurgent.com | Feb 16 2022 23:41:47 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 15431690 | Email/Text: BNSFN@capitalsvcs.com | Feb 16 2022 23:29:00 | First National Credit Card, 500 E 60th St N, Sioux Falls, SD 57104 |
| 15431688 | Email/Text: BNSFN@capitalsvcs.com | Feb 16 2022 23:29:00 | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 15431689 | Email/Text: BNSFN@capitalsvcs.com | Feb 16 2022 23:29:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15431692 | Email/Text: BNSFS@capitalsvcs.com | Feb 16 2022 23:29:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 15431691 | + EDI: AMINFOFP.COM | Feb 17 2022 04:33:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15431693 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 16 2022 23:29:00 | Fortiva/TBOM, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |
| 15431696 | + EDI: RMSC.COM | Feb 17 2022 04:33:00 | JCPenney Credit Card/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15431697 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 23:29:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15431698 | + EDI: LENDNGCLUB | Feb 17 2022 04:28:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15431699 | EDI: RMSC.COM | Feb 17 2022 04:33:00 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15431700 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2022 23:41:41 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15431702 | EDI: RMSC.COM | Feb 17 2022 04:33:00 | PayPal Credit Svcs/Syncb, PO Box 960080, Orlando, FL 32896-0080 |
| 15431703 | EDI: RMSC.COM | Feb 17 2022 04:33:00 | Paypal Credit/Syncb, PO Box 960006, Orlando, FL 32896-0006 |
| 15431705 | + EDI: PINNACLE.COM | Feb 17 2022 04:33:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |

Case 21-22477-GLT   Doc 22   Filed 02/18/22   Entered 02/19/22 00:28:02   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 16, 2022 | Form ID: 318 | Total Noticed: 57 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15431709 | + | EDI: RMSC.COM | Feb 17 2022 04:33:00 | Syncb/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15431710 | + | EDI: RMSC.COM | Feb 17 2022 04:33:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 15432050 | + | EDI: RMSC.COM | Feb 17 2022 04:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15431711 | | EDI: RMSC.COM | Feb 17 2022 04:33:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 15431713 | + | EDI: PHINGENESIS | Feb 17 2022 04:33:00 | TBOM H Card, 15220 NW Greenbrier PKWY, Suite 200, Beaverton, OR 97006-5762 |
| 15431714 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 16 2022 23:29:00 | THD Fortiva/TBOM, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |
| 15431712 | | EDI: WTRRNBANK.COM | Feb 17 2022 04:33:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 15431718 | + | Email/Text: ebankruptcy@woodforest.com | Feb 16 2022 23:29:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BRAVO Residential Funding Trust 2021-B |
| 15436780 | *+ | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15438232 | *+ | Woodforest National Bank, P.O. Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor BRAVO Residential Funding Trust 2021-B bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor George M. Graham sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |

District/off: 0315-2 User: admin Page 4 of 4
Date Rcvd: Feb 16, 2022 Form ID: 318 Total Noticed: 57

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

TOTAL: 4